[No. 24952-5-I.   Division One.   November 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL JAMES GRANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-8-01630-5, Dale B. Ramerman, J., entered October 4, 1989. *Dismissed* by unpublished opinion per Baker, J., concurred in by Grosse, C.J., and Coleman, J.

[No. 25772-2-I.   Division One.   November 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LEWIS AKERS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-00861-5, Gerald L. Knight, J., entered February 16, 1990. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse, C.J., and Coleman, J.

[No. 28327-8-I.   Division One.   November 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLY ERVIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-06183-0, Anthony P. Wartnik, J., entered April 9, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse, C.J., and Coleman, J.